# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

In re: SOUTHERN TV CORPORATION  § Case No. 17-40134
§
§
§
Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Wendy A. Owens, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $39,998.16 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $529,408.87 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $124,902.00 | | |

3) Total gross receipts of $654,310.87 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $654,310.87 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $293,582.38 | $293,582.38 | $293,582.38 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $67,483.56 | $66,833.56 | $66,833.56 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $58,068.44 | $58,068.44 | $58,068.44 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $541,017.59 | $101,507.39 | $62,950.09 | $62,950.09 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $821,956.27 | $505,066.55 | $369,690.72 | $172,876.40 |
| **TOTAL DISBURSEMENTS** | $1,362,973.86 | $1,025,708.32 | $851,125.19 | $654,310.87 |

4) This case was originally filed under chapter 7 on 01/27/2017, and it was converted to chapter 7 on 06/07/2018. The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/13/2020     By: /s/ Wendy A. Owens
                          Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| FCC Licenses. Valuation Method: N/A | 1129-000 | $648,521.24 |
| TAX REFUNDS | 1224-000 | $9.13 |
| ACCOUNTS RECEIVABLE | 1221-000 | $5,780.50 |
| **TOTAL GROSS RECEIPTS** | | **$654,310.87** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 16 | Sinclair Communications, LLC | 4110-000 | NA | $248,157.08 | $248,157.08 | $248,157.08 |
| 20 | Fletcher, Heald & Hildreth, PLC | 4110-000 | NA | $45,425.30 | $45,425.30 | $45,425.30 |
| | **TOTAL SECURED** | | **$0.00** | **$293,582.38** | **$293,582.38** | **$293,582.38** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Wendy A. Owens | 2100-000 | NA | $35,965.54 | $35,965.54 | $35,965.54 |
| Trustee, Expenses - Wendy A. Owens | 2200-000 | NA | $481.20 | $481.20 | $481.20 |
| Attorney for Trustee Fees - Law Office of Wendy A. Owens, PC | 3110-000 | NA | $4,850.00 | $4,850.00 | $4,850.00 |
| Attorney for Trustee, Expenses - Wendy A. Owens | 3120-000 | NA | $17.60 | $17.60 | $17.60 |
| Fees, United States Trustee | 2950-000 | NA | $4,550.00 | $3,900.00 | $3,900.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $2,727.54 | $2,727.54 | $2,727.54 |
| Accountant for Trustee Fees (Other Firm) - Stonebridge Accounting & Forensics | 3410-000 | NA | $18,291.00 | $18,291.00 | $18,291.00 |
| Accountant for Trustee Expenses (Other Firm) - Stonebridge Accounting & Forensics | 3420-000 | NA | $600.68 | $600.68 | $600.68 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $67,483.56 | $66,833.56 | $66,833.56 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm) - Fletcher, Heald & Hildreth, PLC | 6210-000 | NA | $28,189.19 | $28,189.19 | $28,189.19 |
| Attorney for D-I-P Fees - James L Drake | 6210-160 | NA | $12,967.00 | $12,967.00 | $12,967.00 |
| Attorney for D-I-P Expenses - James L Drake | 6220-170 | NA | $109.52 | $109.52 | $109.52 |
| Administrative Rent (post-petition storage fees, leases) - Southpoint Building, LLC | 6920-000 | NA | $16,802.73 | $16,802.73 | $16,802.73 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $0.00 | $58,068.44 | $58,068.44 | $58,068.44 |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | APPLING COUNTY TAX COMMISSIONER | 5800-000 | NA | $117.14 | $0.00 | $0.00 |
| 5 | Chatham County Tax Commissioner Attn: Theresa C. Harrelson | 5800-000 | NA | $3,559.03 | $0.00 | $0.00 |
| 7P | Daniel Bearden | 5300-000 | NA | $3,660.00 | $2,282.01 | $2,282.01 |
| 8 | Hancock Askew & Co., LLP | 5800-000 | NA | $3,180.00 | $3,180.00 | $3,180.00 |
| 9P | IRS | 5800-000 | NA | $422.73 | $422.73 | $422.73 |
| 10 | Lisandro Acosta | 5300-000 | NA | $6,800.00 | $4,239.80 | $4,239.80 |
| 25P | GEORGIA DEPT OF REVENUE BANKRUPTCY/CENTRAL COLLECTIONS | 5800-000 | NA | $37,768.49 | $37,768.49 | $37,768.49 |
| 29-1 | Richard Smith | 5300-000 | NA | $37,000.00 | $0.00 | $0.00 |
| 29-2 | Richard Smith | 5300-000 | NA | $9,000.00 | $5,611.50 | $5,611.50 |
| | Georgia Department of Labor | 5800-000 | NA | NA | $525.42 | $525.42 |
| | Georgia Department of Revenue | 5300-000 | NA | NA | $973.00 | $973.00 |
| | Internal Revenue Service - EFTPS - 940 | 5800-000 | NA | NA | $104.76 | $104.76 |
| | Internal Revenue Service - EFTPS - 941 | 5300-000 | NA | NA | $1,206.52 | $1,206.52 |
| | Internal Revenue Service - EFTPS - 941 | 5300-000 | NA | NA | $4,865.00 | $4,865.00 |
| | Internal Revenue Service - EFTPS - 941 | 5800-000 | NA | NA | $282.17 | $282.17 |

|     |                                          |          |             |              |            |            |
| --- | ---------------------------------------- | -------- | ----------- | ------------ | ---------- | ---------- |
|     | Internal Revenue Service - EFTPS - 941   | 5800-000 | NA          | NA           | $1,206.52  | $1,206.52  |
|     | Internal Revenue Service - EFTPS - 941   | 5300-000 | NA          | NA           | $282.17    | $282.17    |
| N/F | Betty Jo Johnson                         | 5600-000 | $50,000.00  | NA           | NA         | NA         |
| N/F | Charles Robb                             | 5600-000 | $27,600.00  | NA           | NA         | NA         |
| N/F | Chatham County Tax Comm                  | 5600-000 | $2,310.57   | NA           | NA         | NA         |
| N/F | City of Savannah Rev Dept                | 5600-000 | $1,297.99   | NA           | NA         | NA         |
| N/F | Dan Bearden                              | 5600-000 | $3,650.00   | NA           | NA         | NA         |
| N/F | Dan L. Johnson                           | 5600-000 | $90,000.00  | NA           | NA         | NA         |
| N/F | David P. Johnson                         | 5600-000 | $40,541.61  | NA           | NA         | NA         |
| N/F | Deborah Brakke                           | 5600-000 | $16,215.00  | NA           | NA         | NA         |
| N/F | Federal Communication Comm               | 5600-000 | $55,753.85  | NA           | NA         | NA         |
| N/F | Georgia Dept of Labor                    | 5600-000 | $8,114.31   | NA           | NA         | NA         |
| N/F | Georgia Dept of Revenue                  | 5600-000 | $45,296.31  | NA           | NA         | NA         |
| N/F | Gerald McCook                            | 5600-000 | $60,480.00  | NA           | NA         | NA         |
| N/F | Internal Revenue Service                 | 5600-000 | $97,461.37  | NA           | NA         | NA         |
| N/F | Lisandro Acosta                          | 5600-000 | $5,950.00   | NA           | NA         | NA         |
| N/F | Long County Tax Comm                     | 5600-000 | $346.58     | NA           | NA         | NA         |
| N/F | Richard Smith                            | 5600-000 | $36,000.00  | NA           | NA         | NA         |
|     | **TOTAL PRIORITY UNSECURED CLAIMS**      |          | $541,017.59 | $101,507.39  | $62,950.09 | $62,950.09 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | HARGRAY TELEPHONE CO. HARDEEVILLE CARTER-YOUNG, INC | 7100-000 | NA | $3,436.20 | $3,436.20 | $1,732.52 |
| 2 | Lacher McDonald & Co., CPAs, PA Michael Lyons | 7100-000 | NA | $3,100.00 | $3,100.00 | $1,563.01 |
| 4 | Brodcast Music, Inc. Simpson, Uchitel & Wilson LLP | 7100-000 | NA | $78,874.85 | $78,874.85 | $39,768.23 |
| 6 | SouthPoint Building Francesca Macchiaverna - Hunter Maclean | 7100-000 | NA | $3,987.44 | $3,987.44 | $2,010.44 |
| 7U | Daniel Bearden | 7100-000 | NA | $4,785.00 | $0.00 | $0.00 |
| 9U | IRS | 7300-000 | NA | $18,799.65 | $18,799.65 | $0.00 |
| 11 | Irwin, Campbell & Tannenwald, P.C. | 7100-000 | NA | $70,815.45 | $70,815.45 | $35,704.73 |
| 12 | Night Raven Production | 7100-000 | NA | $4,375.00 | $4,375.00 | $2,205.85 |
| 13 | Regions Bank | 7100-000 | NA | $100.00 | $100.00 | $50.42 |
| 14 | IRS | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 15 | American Towers LLC | 7100-000 | NA | $1,500.00 | $1,500.00 | $756.29 |
| 17 | Georgia Power Company | 7100-000 | NA | $576.77 | $576.77 | $290.80 |
| 18 | American Society of Composers Authors & Publishers ASCAP Attn Camille Mileo | 7100-000 | NA | $56,675.38 | $56,675.38 | $28,575.39 |
| 19 | Fletcher, Heald & Hildreth, PLC | 7100-000 | NA | $101,779.94 | $101,779.94 | $51,316.85 |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 21 | Irwin, Campbell & Tannenwald, P.C. | 7100-000 | NA | $70,815.45 | $0.00 | $0.00 |
| 22 | Canoochee Electric Memb | 7100-000 | NA | $14,851.33 | $14,851.33 | $7,487.95 |
| 23 | American Society of Composers Authors & Publishers ASCAP Attn Camille Mileo | 7100-000 | NA | $56,675.38 | $0.00 | $0.00 |
| 24 | American Society of Composers Authors & Publishers ASCAP Attn Camille Mileo | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 25U | GEORGIA DEPT OF REVENUE BANKRUPTCY/CENTRAL COLLECTIONS | 7300-000 | NA | $8,014.39 | $8,014.39 | $0.00 |
| 26 | Lacher McDonald & Co, CPAs, PA | 7100-000 | NA | $3,100.00 | $0.00 | $0.00 |
| 27 | Lohnes & Colver | 7100-000 | NA | $1,200.00 | $1,200.00 | $605.03 |
| 30-1 | Greenville Media | 7100-000 | NA | $1,604.32 | $1,604.32 | $808.89 |
| N/F | AES | 7100-000 | $904.73 | NA | NA | NA |
| N/F | AFLAC | 7100-000 | $988.32 | NA | NA | NA |
| N/F | ASCAP | 7100-000 | $54,341.00 | NA | NA | NA |
| N/F | AT&T | 7100-000 | $517.76 | NA | NA | NA |
| N/F | American Towers Corp | 7100-000 | $1,500.00 | NA | NA | NA |
| N/F | Appling County Tax Comm | 7100-000 | $115.86 | NA | NA | NA |
| N/F | BMI/Simpson Uchitel Wilson | 7100-000 | $67,261.79 | NA | NA | NA |
| N/F | Benedictine Football Mag | 7100-000 | $400.00 | NA | NA | NA |
| N/F | Birch Bach Media Sales | 7100-000 | $295.00 | NA | NA | NA |
| N/F | Birch Communications | 7100-000 | $242.85 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Burk Technology | 7100-000 | $615.35 | NA | NA | NA |
| N/F | Canoochee Electric Memb | 7100-000 | $14,851.33 | NA | NA | NA |
| N/F | Comcast Football | 7100-000 | $519.64 | NA | NA | NA |
| N/F | Comcast - Football | 7100-000 | $519.64 | NA | NA | NA |
| N/F | Comcast WSAV News Line | 7100-000 | $499.64 | NA | NA | NA |
| N/F | Computer Expert | 7100-000 | $250.00 | NA | NA | NA |
| N/F | Douglas Andrews | 7100-000 | $1,000.00 | NA | NA | NA |
| N/F | Emedia Trade | 7100-000 | $157.00 | NA | NA | NA |
| N/F | Fletcher Heald Hildreth | 7100-000 | $45,425.00 | NA | NA | NA |
| N/F | Fletcher Heald Hildreth | 7100-000 | $101,779.94 | NA | NA | NA |
| N/F | Fletcher Herald Hildreth | 7100-000 | $45,425.00 | NA | NA | NA |
| N/F | Fletcher Herald Hildreth | 7100-000 | $101,779.94 | NA | NA | NA |
| N/F | Fox Capital Group | 7100-000 | $11,680.00 | NA | NA | NA |
| N/F | Georgia Power Studio | 7100-000 | $2,586.14 | NA | NA | NA |
| N/F | Georgia Power Tower | 7100-000 | $238.55 | NA | NA | NA |
| N/F | Georgia Power - Mall Ct. | 7100-000 | $51.48 | NA | NA | NA |
| N/F | Georgia Power - Studio | 7100-000 | $2,586.14 | NA | NA | NA |
| N/F | Georgia Power - Tower | 7100-000 | $238.55 | NA | NA | NA |
| N/F | Greenville Media, LLC | 7100-000 | $1,604.32 | NA | NA | NA |
| N/F | Hancock, Askew & Co., LLP | 7100-000 | $3,011.25 | NA | NA | NA |
| N/F | Hargray | 7100-000 | $3,104.01 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Irwin Campbell Tannenwald | 7100-000 | $73,397.02 | NA | NA | NA |
| N/F | Joseph Barrow | 7100-000 | $2,420.00 | NA | NA | NA |
| N/F | Joseph Gannam | 7100-000 | $2,100.01 | NA | NA | NA |
| N/F | Lacher McDonald & Co., CPA | 7100-000 | $3,100.00 | NA | NA | NA |
| N/F | Lohnes & Colver | 7100-000 | $1,200.00 | NA | NA | NA |
| N/F | Miller Kaplan | 7100-000 | $325.00 | NA | NA | NA |
| N/F | Mullaney Engineering, Inc. | 7100-000 | $5,000.00 | NA | NA | NA |
| N/F | Natl Assoc of Broadcasters | 7100-000 | $249.00 | NA | NA | NA |
| N/F | Night Raven Production | 7100-000 | $3,285.00 | NA | NA | NA |
| N/F | Peter Tannenwald | 7100-000 | $73,397.02 | NA | NA | NA |
| N/F | Pitney Bowes Leasing | 7100-000 | $112.06 | NA | NA | NA |
| N/F | Pitney Bowes Postage | 7100-000 | $341.00 | NA | NA | NA |
| N/F | Progressive Insurance | 7100-000 | $475.44 | NA | NA | NA |
| N/F | Quill Office Products | 7100-000 | $124.00 | NA | NA | NA |
| N/F | Ray Warren | 7100-000 | $3,200.00 | NA | NA | NA |
| N/F | SAV Chamber Commerce | 7100-000 | $434.00 | NA | NA | NA |
| N/F | SESAC | 7100-000 | $29,191.56 | NA | NA | NA |
| N/F | Sage Software | 7100-000 | $934.45 | NA | NA | NA |
| N/F | Sinclair Broadcasting | 7100-000 | $139,031.33 | NA | NA | NA |
| N/F | SouthPoint Building | 7100-000 | $4,378.00 | NA | NA | NA |
| N/F | Spots and Dots | 7100-000 | $162.50 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Staples | 7100-000 | $301.00 | NA | NA | NA |
| N/F | Strickland Propane | 7100-000 | $725.01 | NA | NA | NA |
| N/F | Summit Software | 7100-000 | $2,400.00 | NA | NA | NA |
| N/F | Television Music License Comm | 7100-000 | $2,747.00 | NA | NA | NA |
| N/F | United Business Insurance Co. | 7100-000 | $769.00 | NA | NA | NA |
| N/F | Universal City Studios | 7100-000 | $7,666.64 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$821,956.27** | **$505,066.55** | **$369,690.72** | **$172,876.40** |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.: 17-40134  
Case Name: SOUTHERN TV CORPORATION  
For Period Ending: 05/13/2020

Trustee Name: (300590) Wendy A. Owens  
Date Filed (f) or Converted (c): 06/07/2018 (c)  
§ 341(a) Meeting Date: 07/16/2018  
Claims Bar Date: 10/18/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on hand | 3,398.16 | 3,398.16 | | 0.00 | FA |
| 2 | A/R 90 days old or less. Face amount = $5,000.00. Doubtful/Uncollectible accounts = $0.00. | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 3 | Refrigerator. | 100.00 | 100.00 | | 0.00 | FA |
| 4 | Broadcasting Equipment (Tower Lease and Antenna Lease). | 0.00 | 0.00 | | 0.00 | FA |
| 5 | 6 Dish on top of buildiq at 401 Mall Blvd.. | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 6 | 5,5 acres in Baxley, Georgia with Steel Building aprox 2000 sqft, Fee Simple, Valuation Method: market | 20,000.00 | 20,000.00 | | 0.00 | FA |
| 7 | 500 Stainless Manufacturer Tower with misc. antennas | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Rye Patch 2 acres with 199 Guided Tower 100 sqft building Long County GA | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 9 | WGSA Registered Trademark Florida and Georgia. Valuation Method: market | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 10 | FCC Licenses. Valuation Method: N/A | Unknown | 648,521.24 | | 648,521.24 | FA |
| 11* | TAX REFUNDS (u) (See Footnote) | 0.00 | 0.00 | | 9.13 | FA |
| 12* | ACCOUNTS RECEIVABLE (u) (See Footnote) | Unknown | 0.00 | | 5,780.50 | FA |
| 12 | **Assets Totals (Excluding unknown values)** | **$39,998.16** | **$688,519.40** | | **$654,310.87** | **$0.00** |

RE PROP# 11    2015 GA Dept of Revenue Tax Refund

RE PROP# 12    Lien payoff for 12532 White Bluff Road/Savannah

**Major Activities Affecting Case Closing:**

1/28/2020 Trustee spoke with someone from Greenville Media today and am sending them a new check. I called Lohnes & Culver and left a message with them regarding their check. I emailed for the form to Bob for the last tax returns and I am waiting on the SSN from Richard Smith.
10/24/2019 TFR approved and filed. Checks printed and mailed.
4/12/19 TFR was withdrawn because the Trustee received additional funds. Penalty letters received from the IRS. Trustee is working with the IRS for instructions.
Debtor's attorney through the previous Chapter 11 sold the assets including the land, some equipment and FCC licenses with the aid of a law firm that handles FCC transfers. The money from the FCC law firm has been received and we are working toward verifying all claims as well as handling the lack of filing of tax returns for certain tax years, 2016 and 2017.

Initial Projected Date Of Final Report (TFR): 01/31/2019        Current Projected Date Of Final Report (TFR): 10/23/2019 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2
# Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| | |
|---|---|
| Case No.: | 17-40134 |
| Case Name: | SOUTHERN TV CORPORATION |
| Taxpayer ID #: | **-***9075 |
| For Period Ending: | 05/13/2020 |

| | |
|---|---|
| Trustee Name: | Wendy A. Owens (300590) |
| Bank Name: | Mechanics Bank |
| Account #: | ******0900 Checking |
| Blanket Bond (per case limit): | $4,055,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/06/18 | {10} | Wendy A. Owens, Chapter 7 Trustee | Check received from FFC attorney, Fletcher, Heald & Hildreth, PLC for the sale FFC licenses. | 1129-000 | 648,521.24 | | 648,521.24 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 684.05 | 647,837.19 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 962.87 | 646,874.32 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 496.23 | 646,378.09 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 584.39 | 645,793.70 |
| 02/17/19 | {11} | Georgia Department of Revenue | 2015 Tax Refund from Georgia Department of Revenue | 1224-000 | 9.13 | | 645,802.83 |
| 05/02/19 | {12} | Rubnitz Thompson Ziblut LLC | Lien Payoff for 12532 White Bluff Road/Savannah | 1221-000 | 5,780.50 | | 651,583.33 |
| 11/18/19 | 101 | Sinclair Communications, LLC | Distribution payment - Dividend paid at 100.00% of $248,157.08; Claim # 16; Filed: $248,157.08 | 4110-000 | | 248,157.08 | 403,426.25 |
| 11/18/19 | 102 | Fletcher, Heald & Hildreth, PLC | Distribution payment - Dividend paid at 100.00% of $45,425.30; Claim # 20; Filed: $45,425.30 | 4110-000 | | 45,425.30 | 358,000.95 |
| 11/18/19 | 103 | Wendy A. Owens | Distribution payment - Dividend paid at 100.00% of $17.60; Claim # AE; Filed: $17.60 | 3120-000 | | 17.60 | 357,983.35 |
| 11/18/19 | 104 | Wendy A. Owens | Combined trustee compensation & expense dividend payments. | | | 36,446.74 | 321,536.61 |
| | | Wendy A. Owens | Claims Distribution - Mon, 10-21-2019 $35,965.54 | 2100-000 | | | |
| | | Wendy A. Owens | Claims Distribution - Mon, 10-21-2019 $481.20 | 2200-000 | | | |
| 11/18/19 | 105 | Fletcher, Heald & Hildreth, PLC | Distribution payment - Dividend paid at 100.00% of $28,189.19; Claim # ; Filed: $28,189.19 | 6210-000 | | 28,189.19 | 293,347.42 |
| 11/18/19 | 106 | Law Office of Wendy A. Owens, PC | Distribution payment - Dividend paid at 100.00% of $4,850.00; Claim # ; Filed: $4,850.00 | 3110-000 | | 4,850.00 | 288,497.42 |
| 11/18/19 | 107 | Stonebridge Accounting & Forensics | Distribution payment - Dividend paid at 100.00% of $18,291.00; Claim # ; Filed: $18,291.00 | 3410-000 | | 18,291.00 | 270,206.42 |
| 11/18/19 | 108 | Stonebridge Accounting & Forensics | Distribution payment - Dividend paid at 100.00% of $600.68; Claim # ; Filed: $600.68 | 3420-000 | | 600.68 | 269,605.74 |
| 11/18/19 | 109 | Office of the United States Trustee Johnson Square Business Center | Distribution payment - Dividend paid at 100.00% of $3,900.00; Claim # 28-2; Filed: $3,900.00 | 2950-000 | | 3,900.00 | 265,705.74 |
| 11/18/19 | 110 | James L Drake | Distribution payment - Dividend paid at 100.00% of $12,967.00; Claim # ; Filed: $12,967.00 | 6210-160 | | 12,967.00 | 252,738.74 |
| 11/18/19 | 111 | Southpoint Building, LLC | Distribution payment - Dividend paid at 100.00% of $16,802.73; Claim # ; Filed: $16,802.73 | 6920-000 | | 16,802.73 | 235,936.01 |
| 11/18/19 | 112 | James L Drake | Distribution payment - Dividend paid at 100.00% of $109.52; Claim # ; Filed: $109.52 | 6220-170 | | 109.52 | 235,826.49 |

Page Subtotals: $654,310.87 $418,484.38

{ } Asset Reference(s)  UST Form 101-7-TDR ( 10 /1/2010)  ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 2

| Case No.: | 17-40134 | Trustee Name: | Wendy A. Owens (300590) |
|---|---|---|---|
| Case Name: | SOUTHERN TV CORPORATION | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***9075 | Account #: | ******0900 Checking |
| For Period Ending: | 05/13/2020 | Blanket Bond (per case limit): | $4,055,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/18/19 | 113 | Georgia Department of Revenue | Distribution payment - Dividend paid at 100.00% of $973.00; Claim # ; Filed: | 5300-000 | | 973.00 | 234,853.49 |
| 11/18/19 | 114 | Daniel Bearden | Distribution payment - Dividend paid at 62.35% of $3,660.00; Claim # 7P; Filed: $3,660.00 | 5300-000 | | 2,282.01 | 232,571.48 |
| 11/18/19 | 115 | Lisandro Acosta | Distribution payment - Dividend paid at 62.35% of $6,800.00; Claim # 10; Filed: $6,800.00 | 5300-000 | | 4,239.80 | 228,331.68 |
| 11/18/19 | 116 | Richard Smith | Distribution payment - Dividend paid at 62.35% of $9,000.00; Claim # 29-2; Filed: $9,000.00 | 5300-000 | | 5,611.50 | 222,720.18 |
| 11/18/19 | 117 | Georgia Department of Labor | Distribution payment - Dividend paid at 100.00% of $525.42; Claim # ; Filed: | 5800-000 | | 525.42 | 222,194.76 |
| 11/18/19 | 118 | Hancock Askew & Co., LLP | Distribution payment - Dividend paid at 100.00% of $3,180.00; Claim # 8; Filed: $3,180.00 | 5800-000 | | 3,180.00 | 219,014.76 |
| 11/18/19 | 119 | IRS | Distribution payment - Dividend paid at 100.00% of $422.73; Claim # 9P; Filed: $422.73 | 5800-000 | | 422.73 | 218,592.03 |
| 11/18/19 | 120 | GEORGIA DEPT OF REVENUE BANKRUPTCY/CENTRAL COLLECTIONS | Distribution payment - Dividend paid at 100.00% of $37,768.49; Claim # 25P; Filed: $37,768.49 | 5800-000 | | 37,768.49 | 180,823.54 |
| 11/18/19 | 121 | HARGRAY TELEPHONE CO. HARDEEVILLE CARTER-YOUNG, INC | Distribution payment - Dividend paid at 50.42% of $3,436.20; Claim # 1; Filed: $3,436.20 | 7100-000 | | 1,732.52 | 179,091.02 |
| 11/18/19 | 122 | Lacher McDonald & Co., CPAs, PA Michael Lyons | Distribution payment - Dividend paid at 50.42% of $3,100.00; Claim # 2; Filed: $3,100.00 | 7100-000 | | 1,563.01 | 177,528.01 |
| 11/18/19 | 123 | Brodcast Music, Inc. Simpson, Uchitel & Wilson LLP | Distribution payment - Dividend paid at 50.42% of $78,874.85; Claim # 4; Filed: $78,874.85 | 7100-000 | | 39,768.23 | 137,759.78 |
| 11/18/19 | 124 | SouthPoint Building Francesca Macchiaverna - Hunter Maclean | Distribution payment - Dividend paid at 50.42% of $3,987.44; Claim # 6; Filed: $3,987.44 | 7100-000 | | 2,010.44 | 135,749.34 |
| 11/18/19 | 125 | Irwin, Campbell & Tannenwald, P.C. | Distribution payment - Dividend paid at 50.42% of $70,815.45; Claim # 11; Filed: $70,815.45 | 7100-000 | | 35,704.73 | 100,044.61 |
| 11/18/19 | 126 | Night Raven Production | Distribution payment - Dividend paid at 50.42% of $4,375.00; Claim # 12; Filed: $4,375.00 | 7100-000 | | 2,205.85 | 97,838.76 |
| 11/18/19 | 127 | Regions Bank | Distribution payment - Dividend paid at 50.42% of $100.00; Claim # 13; Filed: $100.00 | 7100-000 | | 50.42 | 97,788.34 |
| 11/18/19 | 128 | American Towers LLC | Distribution payment - Dividend paid at 50.42% of $1,500.00; Claim # 15; Filed: $1,500.00 | 7100-000 | | 756.29 | 97,032.05 |
| 11/18/19 | 129 | Georgia Power Company | Distribution payment - Dividend paid at 50.42% of $576.77; Claim # 17; Filed: $576.77 | 7100-000 | | 290.80 | 96,741.25 |
| 11/18/19 | 130 | American Society of Composers Authors & Publishers ASCAP Attn Camille Mileo | Distribution payment - Dividend paid at 50.42% of $56,675.38; Claim # 18; Filed: $56,675.38 | 7100-000 | | 28,575.39 | 68,165.86 |
| 11/18/19 | 131 | Fletcher, Heald & Hildreth, PLC | Distribution payment - Dividend paid at 50.42% of $101,779.94; Claim # 19; Filed: $101,779.94 | 7100-000 | | 51,316.85 | 16,849.01 |
| 11/18/19 | 132 | Canoochee Electric Memb | Distribution payment - Dividend paid at 50.42% of $14,851.33; Claim # 22; Filed: $14,851.33 | 7100-000 | | 7,487.95 | 9,361.06 |

Page Subtotals: $0.00 $226,465.43

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** 17-40134 | **Trustee Name:** | Wendy A. Owens (300590) |
| **Case Name:** SOUTHERN TV CORPORATION | **Bank Name:** | Mechanics Bank |
| **Taxpayer ID #:** **-***9075 | **Account #:** | ******0900 Checking |
| **For Period Ending:** 05/13/2020 | **Blanket Bond (per case limit):** | $4,055,000.00 |
| | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/18/19 | 133 | Lohnes & Colver | Distribution payment - Dividend paid at 50.42% of $1,200.00; Claim # 27; Filed: $1,200.00 | 7100-000 | | 605.03 | 8,756.03 |
| 11/18/19 | 134 | Greenville Media | Distribution payment - Dividend paid at 50.42% of $1,604.32; Claim # 30-1; Filed: $1,604.32 | 7100-000 | | 808.89 | 7,947.14 |
| 11/18/19 | | Internal Revenue Service - EFTPS - 941 | Distribution payment - Dividend paid at 100.00% of $4,865.00; Claim # ; Filed: | 5300-000 | | 4,865.00 | 3,082.14 |
| 11/18/19 | | Internal Revenue Service - EFTPS - 941 | Distribution payment - Dividend paid at 100.00% of $1,206.52; Claim # ; Filed: | 5300-000 | | 1,206.52 | 1,875.62 |
| 11/18/19 | | Internal Revenue Service - EFTPS - 941 | Distribution payment - Dividend paid at 100.00% of $282.17; Claim # ; Filed: | 5300-000 | | 282.17 | 1,593.45 |
| 11/18/19 | | Internal Revenue Service - EFTPS - 941 | Distribution payment - Dividend paid at 100.00% of $1,206.52; Claim # ; Filed: | 5800-000 | | 1,206.52 | 386.93 |
| 11/18/19 | | Internal Revenue Service - EFTPS - 941 | Distribution payment - Dividend paid at 100.00% of $282.17; Claim # ; Filed: | 5800-000 | | 282.17 | 104.76 |
| 11/18/19 | | Internal Revenue Service - EFTPS - 940 | Distribution payment - Dividend paid at 100.00% of $104.76; Claim # ; Filed: | 5800-000 | | 104.76 | 0.00 |
| | | | **COLUMN TOTALS** | | 654,310.87 | 654,310.87 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 654,310.87 | 654,310.87 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$654,310.87** | **$654,310.87** | |

Exhibit 9
Page: 4

# Form 2
## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 17-40134 | **Trustee Name:** | Wendy A. Owens (300590) | |
| **Case Name:** | SOUTHERN TV CORPORATION | **Bank Name:** | Mechanics Bank | |
| **Taxpayer ID #:** | **-***9075 | **Account #:** | ******0900 Checking | |
| **For Period Ending:** | 05/13/2020 | **Blanket Bond (per case limit):** | $4,055,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******0900 Checking | $654,310.87 | $654,310.87 | $0.00 |
| | **$654,310.87** | **$654,310.87** | **$0.00** |